**Pamela Sue VESTER–BATES,**
**Appellant–Employee,**

v.

**PONDEROSA STEAK HOUSE,**
**Respondent–Employer.**

**No. ED 88108.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 26, 2006.

Ray A. Gerritzen, St. Louis, MO, for appellant.

Mary Flanagan–Dean, St. Louis, MO, for respondent.

Before GLENN A. NORTON, P.J., LAWRENCE E. MOONEY, J., and KENNETH M. ROMINES, J.

## *ORDER*

PER CURIAM.

Appellant Pamela Sue Vester–Bates ("Vester–Bates") appeals from the decision of the Labor and Industrial Relations Commission ("Commission") after the Commission found that Vester–Bates was partially disabled while working for her employer, Respondent Ponderosa Steak House, and awarded her, *inter alia,* temporary total disability benefits of $79.67/ week.

We have thoroughly reviewed the record and the briefs of the parties, and no error of law appears. Therefore, an opinion would have no precedential value. The parties have been given a memorandum for their information only, setting forth the reasons for this order. The judgment is affirmed pursuant to Rule 84.16(b).